FILED
CLERK, U.S. DISTRICT COURT

8/6/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00359-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Oxycodone and Hydrocodone; 21 U.S.C. §§ 841(a)(1), (b)(2): Distribution of Alprazolam; 21 U.S.C. §§ 841(a)(1), (b)(3): Distribution of Promethazine and Codeine; 21 U.S.C. § 853: Criminal Forfeiture] |
| RAPHAEL TOMAS MALIKIAN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(3)]

On or about April 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed promethazine and codeine, a Schedule V narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 15, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed hydrocodone, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(2)]

On or about May 15, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed alprazolam, a Schedule IV controlled substance.

1
2
3
4
5
6
7
8
9

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 26, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about June 12, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed hydrocodone, a Schedule II narcotic drug controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(2)]

On or about June 12, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed alprazolam, a Schedule IV controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about June 15, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 7, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 31, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed hydrocodone, a Schedule II narcotic drug controlled substance.

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(2)]

On or about July 31, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAPHAEL TOMAS MALIKIAN, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed alprazolam, a Schedule IV controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offenses set forth in Counts One through Eleven of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)   All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

   (b)   All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

   (c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

      /S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN NELSON
Assistant United States Attorney
Chief, International Narcotics,
   Money Laundering, and
   Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
   Narcotics, Money Laundering,
   and Racketeering Section

MARINA A. TORRES
Assistant United States Attorney
International Narcotics,
   Money Laundering, and
   Racketeering Section